**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 196 MAL 2019

        Respondent       :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court

        v.                 :

                           :

PRINCE ISAAC,            :

                           :

        Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.